Richard P. Ayles, Respondent, v. Morris Rice, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

Broadwin Fixture Company, Inc., Respondent, v. Fisher Building, Inc., Appellant, and B. C. Miller & Sons, Inc., Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

Girdell V. Brower and G. Byron Latimer, Appellants, v. George W. Loft and John H. Carl, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concurred.

Allan R. Campbell, Appellant, v. Pullman Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the discomfort and inconvenience to which plaintiff was put by the breach of defendant's contract was within the contemplation of the parties and a proper element of damage, and that it was error both to exclude evidence on this point and to limit the recovery to the amount which plaintiff paid for the substitute ticket. Although it seems to us that the amount of the discomfort and inconvenience was small, we cannot say that nominal damages would be compensation therefor. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

Angelo Capone, Plaintiff, v. The City of New York, Defendant.— Plaintiff's exceptions overruled and motion for new trial denied, and judgment unanimously directed for defendant dismissing the complaint, with costs, upon the ground that we conclude that the cause of action alleged in the complaint, and stated by plaintiff's counsel in his opening, was for negligence. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

John P. Dexheimer, Respondent, v. Elsie Sweeney, Formerly Elsie Schoneberger, Appellant, Impleaded with Frederick Happersberger as Executor, etc., and Others, Defendants. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

John P. Dexheimer, Respondent, v. Elsie Sweeney, Formerly Elsie Schoneberger, Appellant, Impleaded with Frederick Happersberger, as Executor, etc., and Others, Defendants. (Action No. 2.) Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

Michael Fal, Respondent, v. Atlas Portland Cement Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

J. Albert Gausman, Respondent, v. Paul W. F. Lindner and Another, Appellants, Impleaded with Margaret L. Lindner, Defendant.— We think the interests of justice demand a new trial, whereat the defendants will have a full opportunity to put in a defense of which they were deprived by the rulings of the court at folios 151 and 152. Judgment reversed and new trial granted, costs to abide the final award of costs. Jenks, P. J., Thomas, Rich and Blackmar, JJ., concurred.